UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROMEO C. ALLEN, <br><br> Plaintiff, <br><br> v. <br><br> LEWIS COUNTY DISTRICT COURT, <br><br> Defendant. | CASE NO. C23-5424 BHS <br><br> ORDER |

THIS MATTER is before the Court on Magistrate Judge Grady J. Leupold's Report and Recommendation (R&R), Dkt. 4, following his 28 U.S.C. § 1915(e)(2)(B) screening of pro se plaintiff Allen's application to proceed *in forma pauperis*, supported by his proposed complaint, Dkt. 1.

The R&R recommends denying Allen's application and dismissing the case without prejudice, as it is facially frivolous and fails to state a plausible claim. *Id* at 2.

Allen has not objected. The R&R is **ADOPTED**. Allen's application to proceed *in forma pauperis* is **DENIED without prejudice** to apply to the Ninth Circuit for such status in the event of an appeal. The case is **DISMISSED without prejudice**.

The Clerk shall enter a JUDGMENT and close the case.

ORDER - 1

1   Dated this 14th day of June, 2023.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2